Jeffrey A. KLEINMAN, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 00–3360.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 15, 2001.

Before MICHEL, RADER, and
BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED: *AFFIRMED. See* Fed. Cir.
R. 36.

**AABLE TANK SERVICES,
INC., Appellant,**

v.

**Robert PIRIE, Secretary of
the Navy, Appellee.**

No. 00–1456.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 15, 2001.

Before LOURIE, SCHALL, and LINN,
Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:
*AFFIRMED. See* Fed. Cir. R. 36.